# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Camilo Benitez-Medina

Case No: 4:01CR122
USM No: 29087-044

Date of Previous Judgment: 10/16/01
(Use Date of Last Amended Judgment if Applicable)

Joel Schwartz
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant was convicted of conspiracy with intent to distribute methamphetamine and, consequently, the amendment to the Sentencing Guidelines which involves cocaine base offenses, does not apply to defendant.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**

Order Date: 9/17/08

Judge's Signature

Effective Date: _____
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title